UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ANTHONY J. RILEY, ) | |
| ) | |
| Petitioner ) | |
| ) | |
| v. ) | Case No. 1:05-cv-00566-RBP-HGD |
| ) | |
| D. DREW, Warden, ) | |
| ) | |
| Respondent ) | |

**O R D E R**

On November 4, 2005, the magistrate judge's report and recommendation was entered and the parties were allowed therein fifteen (15) days in which to file objections to the recommendations made by the magistrate judge. On November 15, 2005, petitioner filed objections to the magistrate judge's report and recommendation.

After careful consideration of the record in this case, the magistrate judge's report and recommendation and the petitioner's objections thereto, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge and it is, therefore,

ORDERED, ADJUDGED and DECREED that the petition for writ of habeas corpus in this action be and the same hereby is DENIED.

DONE this the 23rd day of November, 2005.

                                      **ROBERT B. PROPST**
                        **SENIOR UNITED STATES DISTRICT JUDGE**